| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Murtha, J. Garvan | 2. Court or Organization<br><br>U.S. District Court - Vermont | 3. Date of Report<br><br>05/09/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States District Court<br>P.O. Box 760<br>Brattleboro, VT 05302-0760 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | ██████ Limited Partnership #1 |
| 2. | Partner | ██████ Limited Partnership #2 |
| 3. | Partner | ██████ Limited Partnership #3 |
| 4. | Partner | ██████ Limited Partnership #4 |
| 5. | Trustee | Trust #1 |
| 6. | Co-Executor | Estate #1 |
| 7. | Trustee | Trust #2 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2008 MAY 12 A 11: 46 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐  NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Accenture Ltd. Class A Stock | A | Dividend | J | T | | | | | |
| 2.  Alltel Common Stock | A | Dividend | | | Sell | 2/13 | J | B | |
| 3.  Amgen Common Stock | | None | K | T | | | | | |
| 4.  Bemis Company Common Stock | A | Dividend | J | T | | | | | |
| 5.  Cathay Bank Common Stock | A | Dividend | K | T | | | | | |
| 6.  Cisco Systems Common Stock | | None | J | T | | | | | |
| 7.  Constellation Brands Stock | | None | | | Sell | 9/05 | J | | |
| 8.  CVS Corp. Stock | A | Dividend | J | T | | | | | |
| 9.  Ecolab Common Stock | A | Dividend | J | T | | | | | |
| 10.  Exxon-Mobil Common Stock | B | Dividend | L | T | | | | | |
| 11.  GS Federal Fund #520, fmrly GS Fin'l Square Treas. | B | Interest | K | T | | | | | |
| 12.  Fortune Brands Stock | A | Dividend | J | T | | | | | |
| 13.  FPL Group Inc. Stock | A | Dividend | J | T | | | | | |
| 14.  Hilton Hotels Stock | A | Dividend | | | Sell | 10/26 | J | B | |
| 15.  Income Money Market Fund | A | Interest | J | T | | | | | |
| 16.  Ishare Midcap Index 400 Fund | A | Dividend | J | T | | | | | |
| 17.  Ishare MSCI Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ishare Small Cap 600 Fund | A | Dividend | J | T | | | | | |
| 19. Kaman Corp. Common Stock | A | Dividend | K | T | | | | | |
| 20. Maxim Integrated Prods. Stock | A | Dividend | J | T | | | | | |
| 21. McGraw Hill Stock | A | Dividend | J | T | Buy | 10/30 | J | | |
| 22. Medtronic, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 23. Omnicom Group Common Stock | A | Dividend | J | T | | | | | |
| 24. Pepsico Common Stock | A | Dividend | J | T | | | | | |
| 25. Pimco Commodity Fund | A | Dividend | J | T | | | | | |
| 26. Pimco Real Return Fund | A | Dividend | J | T | | | | | |
| 27. Procter & Gamble Stock | A | Dividend | J | T | Buy | 9/05 | J | | |
| 28. Qualcomm Stock | A | Dividend | J | T | | | | | |
| 29. Vanguard Emerging Mkts Stock | A | Dividend | J | T | | | | | |
| 30. Webster Fincl. Corp. Stock | A | Dividend | J | T | | | | | |
| 31. Merchants Bank Account | A | Interest | J | T | | | | | |
| 32. Brattleboro Country Club Bond | A | Interest | J | W | | | | | |
| 33. Brattleboro Racquetsports, VT Stock | | None | | | Sell | 10/15 | J | | |
| 34. Brattleboro Tennis Club, VT Stock | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Ocean Reef Yacht Club Timeshare | | None | J | W | | | | | |
| 36.   ▉▉▉ Limited Partnership #1 | E | Div. & Int. | O | T | | | | | |
| 37.   - Automatic Data Processing Stock | | | | | | | | | |
| 38.   - Becton Dickinson Stock | | | | | | | | | |
| 39.   - CVS Caremark, formerly Caremark Stock | | | | | | | | | |
| 40.   - Citigroup Stock | | | | | | | | | |
| 41.   - Columbia Mid Cap Value Fund | | | | | | | | | |
| 42.   - Columbia Sm. Cap Core Fund | | | | | | | | | |
| 43.   - Columbia SmCap Growth Fund | | | | | | | | | |
| 44.   - Columbia Acorn Fund | | | | | | | | | |
| 45.   - Columbia Acorn Int'l Fund | | | | | | | | | |
| 46.   - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 47.   - Hartford Fin'l Stock | | | | | | | | | |
| 48.   - Home Depot Stock | | | | | | | | | |
| 49.   - Oracle Stock | | | | | | | | | |
| 50.   - Pepsico Stock | | | | | | | | | |
| 51.   - Procter & Gamble Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Target Stock | | | | | | | | | |
| 53. - United Technologies Stock | | | | | | | | | |
| 54. - Weyerhaeuser Stock | | | | | | | | | |
| 55. ▬▬▬ Limited Partnership #2 | G | Div. & Int. | P2 | T | | | | | |
| 56. - Amgen Stock | | | | | Sell | 6/21 | K | | |
| 57. - Automatic Data Processing Stock | | | | | Sell | 6/21 | K | | |
| 58. - Bank of America Stock | | | | | | | | | |
| 59. - BA Diversified Real Estate Fund | | | | | Buy | 6/21 | M | | |
| 60. - Caterpillar Stock | | | | | | | | | |
| 61. - Cathay Bancorp Stock | | | | | | | | | |
| 62. - Columbia Acorn Int'l Fund | | | | | | | | | |
| 63. - Columbia Marisco Int'l Fund | | | | | | | | | |
| 64. - Columbia Mid Cap Fd | | | | | | | | | |
| 65. - Columbia Multi-Strategy Hedge Fund | | | | | | | | | |
| 66. - Columbia Small Cap Core Fd | | | | | | | | | |
| 67. - Compudyne Stock | | | | | Sell | 6/21 | L | | |
| 68. - CSX Corp. Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 70. - Exxon Mobil Stock | | | | | | | | | |
| 71. - First Data Stock | | | | | Sell | 9/25 | K | | |
| 72. - Franklin Res. Stock | | | | | | | | | |
| 73. - Genzyme Stock | | | | | | | | | |
| 74. - Hewlett Packard Stock | | | | | | | | | |
| 75. - Houston Tex Arpt Bonds | | | | | Sell | 7/2 | J | | |
| 76. - Johnson & Johnson Stock | | | | | Sell | 6/21 | L | | |
| 77. - Kellogg Stock | | | | | Sell | 6/21 | K | | |
| 78. - Lowes Stock | | | | | Sell | 6/21 | K | | |
| 79. - Lubrizol Corp. Stock | | | | | | | | | |
| 80. - Medtronic Stock | | | | | Sell | 6/21 | K | | |
| 81. - Microsoft Stock | | | | | Sell | 6/21 | L | | |
| 82. - Morgan J.P. Chase Stock | | | | | | | | | |
| 83. - Procter & Gamble Stock | | | | | | | | | |
| 84. - Royal Dutch Shell Stock | | | | | | | | | |
| 85. - Staples Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Target Stock | | | | | | | | | |
| 87. - Teva Pharmaceutical Stock | | | | | | | | | |
| 88. - United Parcel Stock | | | | | Sell | 6/21 | K | | |
| 89. - United Technologies Stock | | | | | | | | | |
| 90. - Western Union Stock | | | | | Sell | 7/10 | K | | |
| 91. - Weyerhaeuser Stock | | | | | | | | | |
| 92. ███ Limited Partnership #3 | F | Int./Div. | O | T | | | | | |
| 93. - Automatic Data Processing Stock | | | | | Sell | 6/15 | K | | |
| 94. - Becton Dickinson Stock | | | | | | | | | |
| 95. - CVS Caremark, formerly Caremark Stock | | | | | | | | | |
| 96. - Citigroup Stock | | | | | | | | | |
| 97. - Columbia Mid Cap Value Fund | | | | | | | | | |
| 98. - Columbia Sm. Cap Core Fund | | | | | | | | | |
| 99. - Columbia SmCap Growth Fund | | | | | | | | | |
| 100. - Columbia Acorn Fund | | | | | | | | | |
| 101. - Columbia Acorn Int'l Fund | | | | | | | | | |
| 102. - Dell Stock | | | | | Sell | 1/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 104. - Hartford Fin'l Stock | | | | | | | | | |
| 105. - Home Depot Stock | | | | | Sell | 6/15 | L | | |
| 106. - Oracle Stock | | | | | | | | | |
| 107. - Pepsico Stock | | | | | Sell | 6/15 | L | | |
| 108. - Procter & Gamble Stock | | | | | Sell . | 1/10 | K | | |
| 109. - Target Stock | | | | | | | | | |
| 110. - United Technologies Stock | | | | | | | | | |
| 111. - Weyerhaeuser Stock | | | | | Sell | 6/15 | L | | |
| 112. ▓▓▓▓ Limited Partnership #4 | G | Int./Div. | P2 | T | | | | | |
| 113. - Air Prods & Chems Stock | | | | | | | | | |
| 114. - Amgen Stock | | | | | Sell | 10/23 | K | | |
| 115. - Automatic Data Processing Stock | | | | | | | | | |
| 116. - Bank of America Stock | | | | | | | | | |
| 117. - Caterpillar Stock | | | | | | | | | |
| 118. - Cathay Bancorp Stock | | | | | | | | | |
| 119. - Columbia Acorn Int'l Fd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Columbia Marisco Int'l Fd | | | | | | | | | |
| 121. - Columbia Mid Cap Fd | | | | | | | | | |
| 122. - Columbia Mngt Hedge Fd | | | | | | | | | |
| 123. - Columbia Small Cap Fd | | | | | | | | | |
| 124. - Compudyne Stock | | | | | Sell | 9/19 | L | | |
| 125. - CSX Corp. Stock | | | | | | | | | |
| 126. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 127. - Exxon Mobil Stock | | | | | | | | | |
| 128. - First Data Stock | | | | | Sell | 9/25 | K | | |
| 129. - Franklin Res. Stock | | | | | | | | | |
| 130. - Genzyme Stock | | | | | | | | | |
| 131. - Hewlett Packard Stock | | | | | | | | | |
| 132. - Houston Tex Arpt Bonds | | | | | | | | | |
| 133. - Johnson & Johnson Stock | | | | | | | | | |
| 134. - Kellogg Stock | | | | | | | | | |
| 135. - Lowes Stock | | | | | | | | | |
| 136. - Lubrizol Corp. Stock | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Medtronic Stock | | | | | Sell | 10/23 | K | | |
| 138.  - Microsoft Stock | | | | | | | | | |
| 139.  - Morgan J.P. Chase Stock | | | | | | | | | |
| 140.  - Procter & Gamble Stock | | | | | | | | | |
| 141.  - Rio Tinto PLC Stock | | | | | | | | | |
| 142.  - Royal Dutch Shell Stock | | | | | Buy | 1/30 | K | | |
| 143.  - Staples Stock | | | | | | | | | |
| 144.  - Target Stock | | | | | | | | | |
| 145.  - Teva Pharmaceutical Stock | | | | | | | | | |
| 146.  - United Parcel Stock | | | | | Buy | 1/30 | K | | |
| 147.  - United Technologies Stock | | | | | | | | | |
| 148.  - Western Union Stock | | | | | Sell | 7/07 | K | | |
| 149.  - Weyerhaeuser Stock | | | | | | | | | |
| 150.  Trust Company of VT - IRA | C | Div. & Int. | M | T | | | | | |
| 151.  - Abbott Labs Stock | | | | | | | | | |
| 152.  - Accenture Ltd. Stock | | | | | Buy | 2/13 | J | | |
| 153.  - Allianz RCM Biotech Fund | | | | | Sell | 2/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Alltel Stock | | | | | Sell | 2/13 | J | | |
| 155.  - Apache Corp. Stock | | | | | Buy | 2/13 | J | | |
| 156.  - Arrow Electronics Stock | | | | | Buy | 2/13 | J | | |
| 157.  - Automatic Data Processing Stock | | | | | Buy | 2/13 | J | | |
| 158.  - Bank of America Stock | | | | | | | | | |
| 159.  - Bemis Stock | | | | | | | | | |
| 160.  - BPPLC Stock | | | | | | | | | |
| 161.  - Citigroup Stock | | | | | | | | | |
| 162.  - CVS Corp. Stock | | | | | Buy | 8/14 | J | | |
| 163.  - Dover Corp. Stock | | | | | | | | | |
| 164.  - Emerson Electric Stock | | | | | Sell | 2/13 | J | | |
| 165.  - Fidelity Select Elect. Fund | | | | | Sell | 2/7 | J | | |
| 166.  - Fortune Brands Stock | | | | | | | | | |
| 167.  - FPL Group Stock | | | | | Buy | 2/13 | J | | |
| 168.  - Franklin Res. Stock | | | | | Buy | 2/13 | J | | |
| 169.  - GS Finl Sq Treasury Fund fmrly GS Finl Sq Prime Oblig Fund | | | | | | | | | |
| 170.  - HCP Stock, formerly Healthcare PPTY Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001  $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Murtha, J. Garvan | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Illinois Tool Wks Stock | | | | | | | | | |
| 172. - IShare MSCI Fund | | | | | Buy | 2/3 | J | | |
| 173. - IShare Midcap Fund | | | | | Buy | 2/3 | J | | |
| 174. - IShare Small Cap Fund | | | | | Buy | 2/3 | J | | |
| 175. - Johnson & Johnson Stock | | | | | | | | | |
| 176. - Kimco Realty Stock | | | | | | | | | |
| 177. - Maxim Integrated Prods. Stock | | | | | Buy | 2/13 | J | | |
| 178. - MSC Industrial Direct Stock | | | | | Buy | 2/13 | J | | |
| 179. - Nokia Stock | | | | | | | | | |
| 180. - Omnicom Group Stock | | | | | | | | | |
| 181. - Patterson Utl Energy Stock | | | | | Buy | 2/13 | J | | |
| 182. - Pepsico, Inc. Stock | | | | | | | | | |
| 183. - Pfizer Stock | | | | | Sell | 2/13 | J | | |
| 184. - Plum Creek Timber Stock | | | | | Sell | 2/13 | J | | |
| 185. - Procter & Gamble Stock | | | | | | | | | |
| 186. - Puget Energy Stock | | | | | Sell | 2/13 | J | | |
| 187. - Roche Holding Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Royal Dutch Shell Stock | | | | | | | | | |
| 189. - Sanofi Aventis Stock | | | | | Buy | 2/13 | J | | |
| 190. - Stryker Corp. Stock | | | | | Buy | 2/13 | J | | |
| 191. - Sysco Stock | | | | | Sell | 2/13 | J | | |
| 192. - Target Corp. Stock | | | | | Buy | 2/13 | J | | |
| 193. - United Technologies Stock | | | | | | | | | |
| 194. - US Bancorp Stock | | | | | | | | | |
| 195. - Vanguard Emergin Mkts Stock | | | | | Buy | 2/13 | J | | |
| 196. - Wells Fargo Stock | | | | | | | | | |
| 197. - Wm Blair Int'l Fund | | | | | Buy | 3/20 | J | | |
| 198. - Zions Bancorp Stock | | | | | Sell | 2/13 | J | | |
| 199. Estate #1 | G | Int./Div. | P1 | T | | | | | |
| 200. - Air Prods & Chems Stock | | | | | Buy | 7/10 | M | | |
| 201. - Bank of America Stock | | | | | Sell | 2/6 | ● | | |
| 202. - Columbia Acorn Int'l Fund | | | | | Buy | 7/6 | N | | |
| 203. - Columbia Marisco Equities Fund | | | | | Buy | 7/23 | M | | |
| 204. - Columbia Marisco Int'l Fund | | | | | Buy | 7/6 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |
| 206. - Exxon Mobil Stock | | | | | Sell | 2/6 | O | | |
| 207. - Hewlett Packard Stock | | | | | Buy | 7/10 | M | | |
| 208. - Rio Tinto Stock | | | | | Buy | 8/10 | M | | |
| 209. - Target Stock | | | | | Buy | 7/10 | M | | |
| 210. - Teva Pharmaceutical Stock | | | | | Buy | 7/10 | M | | |
| 211. - United Technologies Stock | | | | | Buy | 7/10 | M | | |
| 212. - Washington Mutual Stock | | | | | Sell | 1/8 | M | | |
| 213. Trust #2 | E | Div. & Int. | P1 | T | | | | | |
| 214. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |
| 215. - Kaman Stock | | | | | | | | | |
| 216. Merrill Lynch IRA | A | Div. & Int. | M | T | | | | | |
| 217. - Alliance Bernstein Int'l Fund | | | | | Buy | 11/20 | J | | |
| 218. - American Growth Fund | | | | | | | | | |
| 219. - Ford Motor Cdt Bond | | | | | | | | | |
| 220. - General Mtrs Bond | | | | | | | | | |
| 221. - Hartford Cap Apprec. Fund | | | | | Buy | 11/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Henderson Int'l Fund | | | | | Buy | 11/20 | J | | |
| 223. - Hotchkis & Wiley Midcap Fund | | | | | | | | | |
| 224. - Loomis Sayles Strategic Fund | | | | | Sell | 11/20 | J | | |
| 225. - Lord Abbett Midcap Fund | | | | | | | | | |
| 226. - Mainstay Balanced Fund | | | | | Sell | 11/20 | J | | |
| 227. - Mainstay Midcap Growth Fund | | | | | | | | | |
| 228. - PIMCO Emerg Mkts Bd Fund | | | | | | | | | |
| 229. - TouchstoneMidcap Growth Fund | | | | | | | | | |
| 230. - Van Kampen Global Fund | | | | | | | | | |
| 231. Trust #1 (X) Income Beneficiary | D | Distribution | N | T | | | | | See Note in Part VIII |
| 232. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Murtha, J. Garvan | 05/09/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 231. Income beneficiary only -- did not establish trust and have no information regarding specific assets in the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FA[ ]IL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544